**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CAROLINA WYCHE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1424** |
| **PORTLAND LEATHER INC.** | **SECTION: D (3)** |

## ORDER OF DISMISSAL

Considering the Stipulation of Dismissal With Prejudice (R. Doc. 18), which the Court construes as a joint motion to dismiss with prejudice;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and this action is **DISMISSED, WITH PREJUDICE,** with each party to bear its own costs.

New Orleans, Louisiana, August 21, 2024.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**